```
 1  Stephanie Van Marter
    Acting United States Attorney
 2  Eastern District of Washington
 3  Lisa C. Cartier Giroux
    Assistant United States Attorney
 4  Post Office Box 1494
 5  Spokane, WA 99210-1494
 6  Telephone: (509) 353-2767
 7
                UNITED STATES DISTRICT COURT
 8           FOR THE EASTERN DISTRICT OF WASHINGTON
 9
10  UNITED STATES OF AMERICA,
11                     Plaintiff,           INDICTMENT
12
            v.                               Vio.: 18 U.S.C. § 372
13                                                 Conspiracy to Impede or
14  BENJAMIN THEODORE STUCKART,                    Injure Officers
                                                   (Count 1)
15  ████████████████████
16  ████████████████████                           18 U.S.C. § 111(a)(1)
17  ████████████████████                           Assault on a Federal Officer
                                                   and Employee
18  ████████████████████                           (Count 2)
19  ████████████████████
20  ████████████████████                           18 U.S.C. § 111(a)(1) and (b)
                                                   Assault on a Federal Officer
21  ████████████████████,                          and Employee
22                     Defendants.                 (Count 3)
23
24      The Grand Jury charges:
25
                           COUNT 1
26
27      Beginning on a date unknown but no later than June 11, 2025, and
28
    continuing through June 11, 2025, in the Eastern District of Washington, the

    INDICTMENT – 1
```

1  Defendants, BENJAMIN THEODORE STUCKART, ███████████████
2  ████████████████████████████████████████████████
3
4  ████████████████████████████████████████████████
5  ████████████████████████████████████  and other individuals, both
6
7  known and unknown to the Grand Jury, did knowingly and intentionally combine,
8  conspire, confederate and agree together with each other to prevent, by force,
9  intimidation, and threat, an officer of the United States from discharging any duties
10
11 of his office, and to injure an officer in his person and property while engaged in
12 and on account of the lawful discharge of the duties of his office, and to injure his
13
14 property in order to molest, interrupt, hinder, and impede him in the discharge of
15 his official duties, all in violation of 18 U.S.C. § 372.
16
17                         Objects of the Conspiracy
18      The objects of the conspiracy included the use of force and threats against,
19
20 and intimidation of federal agents with United States Immigration and Customs
21 Enforcement and Homeland Security Investigations, and the federal agents with
22
23 the Bureau of Alcohol, Tobacco, Firearms, and Explosives, the United States
24 Border Patrol, and Spokane Police Department and Spokane County Sheriff's
25
26 Office assisting them, in order to impede and thwart the processing and transport
27 of federal detainees to their immigration hearings in Tacoma, Washington, and to
28 coerce the release of federal detainees.

INDICTMENT – 2

Overt Acts of the Conspiracy

In furtherance of the conspiracy and to effect the object thereof, the Defendants and the other known and unknown co-conspirators performed the following overt acts:

 1. On or about June 11, 2025, at 12:52 PM, in the Eastern District of Washington, Defendant BENJAMIN THEODORE STUCKART, posted on social media a call for others to come and join him as he blocked a bus designated to transport all the federal detainees in the facility to Tacoma, Washington for their immigration hearings. Defendant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and other co-conspirators arrived in response to the call and along with BENJAMIN THEODORE STUCKART, blocked the pathway and door to the transport bus despite orders to disperse.

 2. On or about June 11, 2025, in the Eastern District of Washington, Defendant ▓▓▓▓▓▓▓▓▓▓▓▓ intentionally parked his vehicle to block the pathway of the transport bus and preclude its movement. Defendants ▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ released the air from the tires of the transport bus to preclude its movement. Other co-conspirators painted the windshield of the transport bus rendering it unsafe to operate.

 3. On or about June 11, 2025, in the Eastern District of Washington, while federal officers attempted to exit the federal facility through the secure

INDICTMENT – 3

parking lot and vehicle gate located on the south end of the premises, Defendants ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and other co-conspirators physically blocked the driveway of the federal facility and/or pushed against the officers, despite orders to disperse and efforts to remove them from the property. Defendant ▇▇▇▇▇▇▇▇▇ struck a federal officer from behind as the federal officer was attempting to clear the pathway for transport vehicles to safely exit the facility.

    4.    On or about June 11, 2025, in the Eastern District of Washington, Defendants ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and other co-conspirators placed trash cans, sand/cement bags, benches, signs, and other objects in front of the ingresses and egresses to block the exit of federal officers and detainees from the federal facility.

    5.    On or about June 11, 2025, in the Eastern District of Washington, after the arrival of the Spokane Police Department, Spokane Police Department placed marked patrol vehicles in front of and behind a red transport van that had been then designated to transport the federal detainees being held in the facility to Tacoma, Washington for their immigration hearings. The red van was quickly surrounded and blocked by BENJAMIN THEODORE STUCKART, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, and other co-

INDICTMENT – 4

conspirators. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ armed with a boxcutter, slashed the tires of the red transport van rendering it unsafe to operate.

  6. On or about June 11, 2025, in the Eastern District of Washington, Defendant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ threw a deployed incendiary device in the direction of Spokane Police Department and Spokane County Police Officers.

  7. On or about June 11, 2025, in the Eastern District of Washington, Defendant ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ posted on social media a call for others to come and join noting the intent was to "risk arrest to block the exits to ICE."

  8. Multiple calls for assistance were made to local law enforcement agencies. Federal agents, civilian employees, and the detainees were unable to leave the facility as a result of the actions of BENJAMIN THEODORE STUCKART, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, and other co-conspirators, until approximately 9:00 PM, and only with the assistance of the Spokane Police Department S.W.A.T. team.

  The overt acts detailed in the allegations of Counts 2 and 3 of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference. All in violation of 18 U.S.C. § 372.

//

INDICTMENT – 5

## COUNT 2

On or about June 11, 2025, in the Eastern District of Washington, the Defendant, ▮▮▮▮▮▮▮▮▮▮ did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer and federal employee and a person assisting such an officer and employee, as designated in 18 U.S.C. § 1114, who was engaged in and on account of the performance of official duties, and such acts involved physical contact with the victim and involved the intent to cause another felony, to wit: a violation of 18 U.S.C. § 372.  All in violation of 18 U.S.C. § 111(a)(1).

## COUNT 3

On or about June 11, 2025, in the Eastern District of Washington, the Defendant, ▮▮▮▮▮▮▮▮▮▮ did forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer and federal employee and a person assisting such an officer and employee, as designated in 18 U.S.C. § 1114, who was engaged in and on account of the performance of official duties, and such acts involved the intent to cause another felony, to wit: a violation of 18 U.S.C. § 372, and did use a dangerous weapon to forcibly assault, resist, oppose, impede, intimidate, and interfere with a federal officer and federal employee and a person assisting such an officer and employee, as designated in 18 U.S.C. § 1114, while

//

INDICTMENT – 6

engaged in and on account of the performance of official duties.  All in violation of 18 U.S.C. § 111(a)(1) and (b).

DATED this ___ day of July 2025.

A TRUE BILL

_____
Foreperson

_____
Stephanie Van Marter
Acting United States Attorney

_____
Lisa C. Cartier Giroux
Assistant United States Attorney

INDICTMENT – 7