1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 08, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

BENJAMIN THEODORE STUCKART,

Defendant.

Case No. 2:25-CR-00113-RLP-1

ORDER GRANTING
STIPULATED MOTION FOR
PRE-SENTENCE PAYMENT

Before the Court is the parties' Joint Motion for Pre-sentence Payment. ECF No. 205. On December 8, 2025, Defendant Benjamin Stuckart pleaded guilty to Count 1 of the Indictment in the above-captioned matter, to wit, *Conspiracy to Impede or Injure Officers*, in violation of 18 U.S.C. § 372.

Pursuant to the Plea Agreement filed in this case, the Defendant agreed to restitution in the amount of $10,873.39. This amount represents the totality of Defendant's joint and several restitution obligation for his participation in the criminal conspiracy.

ORDER GRANTING STIPULATED MOTION FOR
PRE-SENTENCE PAYMENT * 1

The parties have entered into a Deferred Sentencing Agreement wherein Defendant has agreed to pay $50 per month toward his restitution obligation prior to sentencing. The parties have agreed that Defendant should pay this amount into the Court Registry to be held until the Defendant is sentenced and a judgment is entered with an order of restitution.

Accordingly, **IT IS HEREBY ORDERED**:

1.      The Joint Motion for Presentence Payment, **ECF No. 205**, is **GRANTED**.

2.      Defendant shall pay $50 per month into the Court Registry.

3.      Defendant shall submit payment by cash, cashier's check, or money order made payable to the United States District Court Clerk with 2:25-CR-00113-RLP-1 noted on each payment mailed or delivered to:

> Clerk of Court
> U.S. District Court
> Attention:  Finance
> PO Box 1493
> Spokane, WA  99210

4.      The Clerk of Court is directed to deposit the funds into the Court Registry pending further order of the Court. Upon entry of a criminal judgment, the Clerk of Court is directed to apply the deposited funds in partial satisfaction of the criminal restitution imposed on Defendant.

ORDER GRANTING STIPULATED MOTION FOR
PRE-SENTENCE PAYMENT * 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The District Court Executive is hereby directed to enter this Order and furnish copies to counsel of record, the U.S. Probation Office, and the Court's Financial Administrator.

DATED December 8, 2025.

_____
Rebecca L. Pennell
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR
PRE-SENTENCE PAYMENT * 3